UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SCOTT DICKSON, | : |
| Plaintiff, | : Case No. 2:23-cv-2875 |
| v. | : Chief Judge Algenon L. Marbley |
| | : Magistrate Judge Kimberly A. Jolson |
| NATIONWIDE INSURANCE, | : |
| Defendants. | : |

## ORDER

On September 7, 2023, Plaintiffs Scott and Rebecca Dickson, proceeding *pro se*, filed a complaint against Nationwide Insurance alleging violations of "ERISA Section 502(a)." (ECF No. 1). A day later, on September 8, 2023, the Clerk's Office notified Plaintiffs that their filing was deficient since they neither paid a filing fee nor filed a motion for leave to proceed *in forma pauperis*. (ECF No. 2). The communication explained that Plaintiffs must correct the deficiency within 30 days. (*Id.*). Hearing nothing in response, the Magistrate Judge issued a Report and Recommendation on November 8, 2023, recommending that the case be dismissed for want of prosecution. (ECF No. 3). Plaintiffs were advised of his right to object to the R&R within fourteen days and of the rights they would waive by failing to do so. (*Id*).

This Court has reviewed the R&R. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** the R&R (ECF No. 3) and **DISMISSES** Plaintiffs' claims for want of prosecution.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: January 2, 2024